RONALD PAYNE, Appellant, v CITY OF NEW ROCHELLE et al., Respondents, et al., Defendants.

Submitted June 8, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602 [a]).